SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------x
JAMIE L DOUGLAS ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED

                      Plaintiff/Petitioner,

  -against-

Index No. 617810/18

RADIUS GLOBAL SOLUTIONS LLC F/K/A
NORTHLAND GROUP LLC, CAVALRY SPV I, LLC

                      Defendant/Respondent.
-----------------------------------------x

## NOTICE OF ELECTRONIC FILING

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.
                    (CPLR § 2111, Uniform Rule § 202.5-bb)

**If you are represented by an attorney:** give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

### Benefits of E-Filing

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to e-file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site https://iapps.courts.state.ny.us/nyscef/HomePage; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 09/12/201___

MITCHELL L PASHKIN
Name

_____
Firm Name

775 Park Avenue, Ste. 255
Address

Huntington, NY  11743

631-335-1107
Phone

mpash@verizon.net
E-Mail

To: _____

11/20/17

Index No.                                   Page 2 of 2                                   EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

JAMIE L. DOUGLAS,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                              Plaintiff,

-against-

RADIUS GLOBAL SOLUTIONS LLC
FK/A NORTHLAND GROUP LLC, AND
CAVALRY SPV I, LLC,

                              Defendants.

INDEX NO. 617810/2018
FILING DATE: 09/12/18

**SUMMONS**
**WITH NOTICE**

Plaintiff designates
Suffolk County
as the place of trial

The basis of the venue is
Plaintiff's residence

---

To the above named Defendant(s):

    You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of September 2017, together with the costs of this action and attorney's fees.

    TAKE NOTICE that the object of this action and the relief sought is to recover damages for violations of 15 USC 1692, et. seq. based on Exhibit A and that in case of your failure to answer, judgment will be taken against you for the sum of $1,000 as regards Plaintiff individually and $500,000.00 to be distributed among the class members in any certified class with interest thereon from the 16th day of September 2017, together with the costs of this action and attorney's fees.

Dated:            September 12, 2018

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.) INDEX NO. UNASSIGNED
RECEIVED NYSCEF: 09/12/2018



**Northland Group**

866-511-9521
For General Business Hours, please visit us at:
www.payments2northland.com
September 16, 2017

**ACCOUNT INFORMATION**

P.O. Box 390846
Minneapolis, MN 55439
Mail Code CVR139

Current Creditor: **Cavalry SPV I, LLC**
Original Creditor: **Citibank, N.A.**
Original Account #: ************3765
Current Balance Due: **$3,000.41**

Jamie L Douglas
43 Washburn St
Lake Grove, NY 11755

**NORTHLAND REFERENCE NUMBER**

F91870049



Settle your account in 3 or 6 payments!

In order to assist you in clearing this debt, we are offering options.

**Option I:** Cavalry SPV I, LLC will allow you to settle your account for $1,650.24 in 3 payments starting on 10/07/17. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of all three payments of $550.08, a letter will be sent confirming that the above referenced account has been resolved.

**Option II:** Cavalry SPV I, LLC will allow you to settle your account for $1,800.24 in 6 payments starting on 10/07/17. If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer. The payments can be no more than 30 days apart. Upon receipt and clearance of all 6 payments of $300.04, a letter will be sent confirming that the above referenced account has been resolved.

Please contact the representative below at 866-511-9521 if you have any questions. These are not your only options.


**Pay Online:** www.payments2northland.com


**Pay by Phone:** Please call Northland Group at 866-511-9521.
We offer check by phone, Western Union, and debit card.


**Pay by Mail:** Send payments to PO Box 390846, Minneapolis, MN 55439.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. This communication is sent to you by Northland Group LLC, a debt collector and a member of ACA International. This collection agency's New York City Department of Consumer Affairs License number is 1283580.

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.
279-0918_5_279_1 3704

CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY CLERK. (See below.)

NYSCEF DOC. NO. 2

INDEX NO. UNASSIGNED

RECEIVED NYSCEF: 09/12/2018

This is a copy of a pleading filed electronically pursuant to New York State court rules (22 NYCRR §202.5-b(d)(3)(i)) which, at the time of its printout from the court system's electronic website, had not yet been reviewed and approved by the County Clerk. Because court rules (22 NYCRR §202.5[d]) authorize the County Clerk to reject filings for various reasons, readers should be aware that documents bearing this legend may not have been accepted for filing by the County Clerk.

Index No.   617810/2018

JAMIE L. DOUGLAS,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILIARLY SITUATED,

                      Plaintiff(s),

    -vs-

RADIUS GLOBAL SOLUTIONS LLC
FK/A NORTHLAND GROUP LLC, AND
CAVALRY SPV I, LLC,

                      Defendant(s).

**SUMMONS WITH NOTICE**

Mitchell L. Pashkin certifies that, to the best of his knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the annexed paper(s) or the contentions therein are not frivolous as defined in 22 NYCRR 130-1.1.(c).

/s/_____
Mitchell L. Pashkin
Attorney For Plaintiff(s)
775 Park Avenue, Ste., 255
Huntington, NY  11743
(631) 335-1107